# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC - 2 2009
JAMES N. HATTEN, Clerk

December 01, 2009

James N. Hatten
Clerk, U.S. District Court
75 SPRING ST SW STE 2211
ATLANTA GA 30303-3318

**Appeal Number: 09-15121-E**
Case Style: USA v. Kevin Jimenez-Castillo
District Court Number: 07-00279 CR-CAP-1

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

Encl.

DIS-4 (4-2009)

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

---

09-15121-E

---

UNITED STATES OF AMERICA,

                                              Plaintiff-Appellee,

versus

KEVIN JIMENEZ-CASTILLO,
a.k.a. Jose,

                                              Defendant-Appellant.

---

On Appeal from the United States District Court for the
Northern District of Georgia

---

BEFORE: EDMONDSON and BIRCH, Circuit Judges.

BY THE COURT:

    Appellant's voluntary motion to dismiss this appeal with prejudice is GRANTED.